1  Mark H. Krietzman (SBN 126806)
2  Ehab M. Samuel (SBN 228296)
   GREENBERG TRAURIG, LLP
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Emails: krietzmanm@gtlaw.com and
   samuele@gtlaw.com
5  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
6
7  Attorneys for Plaintiff
   FORMULATED SCIENCES, INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMULATED SCIENCES, INC., | CASE NO. SACV08-00116 DOC (RNBx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| DOMAINS BY PROXY, INC., an Arizona Corporation; WIKIDIETINFO.COM, an entity of unknown origin; NATURALCUREGUIDE.COM, an entity of unknown origin; and DIETPILLADVISOR.COM, an entity of unknown origin, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

OC 286,224,050 1 103615/011100

1 | Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the instant action as to
2 | Defendant DOMAINS BY PROXY, INC.

4 | DATED: February 29, 2008        GREENBERG TRAURIG, LLP

By: _____
Mark H. Krietzman
Ehab M. Samuel
Attorneys for Plaintiff
FORMULATED SCIENCES, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, California 92612**.

On the below date, I served the **NOTICE OF VOLUNTARY DISMISSAL (As to Defendant DOMAINS BY PROXY, INC.)** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

**Barb Rechterman (Agent to Accept Service)**
**Domains by Proxy, Inc.**
**14455 N. Hayden Road, #219**
**Scottsdale, AZ 85260**

☒ **(BY MAIL)**
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Irvine, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY EMAIL)**
On **February 29, 2008**, prior to 5:00 p.m. PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Irvine, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 29, 2008**, at Irvine, California.

_____
ELENA D. ROMERO

PROOF OF SERVICE

OC 286,224,050 1 103615/011100